James FETTEROLF, Respondent,

v.

TREASURER OF THE STATE OF MISSOURI as Custodian for the Second Injury Fund, Appellant;

Jenkins Machine Works, Plaintiff.

No. WD 59129.

Missouri Court of Appeals, Western District.

Sept. 4, 2001.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Carolyn Biersmith McCarthy, Asst. Atty. Gen., Kansas City, for Appellant.

Jerrold Kenter, Kansas City, for Respondent.

Before LOWENSTEIN, P.J., ULRICH and HANNA, Sr., JJ.

### ORDER

PER CURIAM.

The State Treasurer, a custodian for The Second Injury Fund, appeals the Labor and Industrial Relation Commission's award finding the workers' compensation claimant to be permanently and totally disabled and therefore eligible for benefits from the Fund. § 287.220, RSMo 2000. The Commission found claimant's present injury and his degenerative muscle disease left him permanently and totally disabled. This court finds competent and substantial evidence in record to support the award, which was not contrary to the overwhelming weight of the evidence. Affirmed. Rule 84.16(b).

■

STATE of Missouri, Respondent,

v.

Den OUCH, Appellant.

No. WD 58154.

Missouri Court of Appeals, Western District.

Sept. 4, 2001.

Kimberley Kellogg, Leawood, KS, Attorney for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Lisa M. Sutherland, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before EDWIN H. SMITH, P.J., and HOWARD and HOLLIGER, JJ.

### Order

PER CURIAM.

After a bench trial, Appellant Den Ouch was convicted of unlawful use of a weapon—drive-by shooting—in violation of § 571.030 RSMo Cum.Supp.1997. He brings four points on appeal.

Judgment affirmed. Rule 30.25(b).